UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROSEANNE DIETZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.: 7:12-cv-00509 |
| | ) |
| MCADAMS-NORMAN PROPERTY, II, LLC, | ) |
| MCADAMS-NORMAN PROPERTIES, | ) |
| NORCOM DEVELOPMENT, INC. | ) |
| AND | ) |
| NORCOM PROPERTIES | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO QUASH SERVICE OF PROCESS AND TO DISMISS**

COMES NOW, McAdams-Norman Properties II, LLC, by counsel, and specially appears and moves the Court pursuant to Rules 12(b)(4) and (5) to quash the service of process made on its Registered Agent and to dismiss the Complaint for lack of proper service and personal jurisdiction, all as set forth in the accompanying memorandum of law.

                                             MCADAMS-NORMAN PROPERTIES II, LLC

                                             By:         s/Robert A. Ziogas
                                                             Of Counsel

Robert A. Ziogas (VSB # 24964)
E-mail: rziogas@gfdg.com
Paul G. Beers (VSB # 26725)
E-mail: pbeers@gfdg.com
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8000
Facsimile: (540) 224-8050
Counsel for McAdams-Norman Properties II, LLC

## Certificate of Service

I hereby certify that on November 28, 2012, I electronically filed the foregoing Motion to Quash Service of Process and to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification to Charles R. Allen, Jr., Esquire, 120 Church Avenue, Roanoke, Virginia 24011, counsel for the Plaintiff.

                                                         s/Robert A. Ziogas