IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROSEANNE DIETZ, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CASE No. 7:12CV509 |
| MCADAMS-NORMAN PROPERTY, II, LLC, MCADAMS-NORMAN PROPERTIES, NORCOM DEVELOPMENT, INC. AND NORCOM PROPERTIES | ) ) ) ) ) ) |
|     Defendants. | ) |

## AFFIDAVIT

State of North Carolina    )
    ) to-wit:
County of Mecklenburg    )

Came this day before me, a notary public for the jurisdiction aforesaid, Thomas E. Norman, and after being duly sworn, stated as follows:

1. My name is Thomas E. Norman.

2. I have personal knowledge of the matters set forth herein.

3. I am Registered Agent of a North Carolina Limited Liability Company by the name of McAdams-Norman Properties II, LLC.

4. On November 19, 2012, I received by certified mail from the Commonwealth of Virginia, Secretary of the Commonwealth, a package titled "Notice of Service of Process"

1

EXHIBIT 1

directed to "McAdams Norman Property (Properties), II, LLC, et. al. c/o Thomas E. Norman, Registered Agent". A copy of the package is attached hereto as Exhibit A.

5. There is no entity by the name of "McAdams Norman Property (Properties), II, LLC" and I am not Registered Agent of any such entity.

6. The Summons attached to the Notice of Service of Process is directed to "McAdams-Norman Prop., II, LLC" and the at Complaint that is attached to the Summons names "McAdams-Norman Property, II, LLC" and "McAdams Norman Properties" as Defendants. There are no entities by such names in existence, and I am not Registered Agent for any entity bearing those names.

_____
Thomas E. Norman

Subscribed and sworn to before me by Thomas E. Norman this 27th day of November, 2012.

_____
Notary Public — Janice H. MacLeod

My Commission Expires: April 25, 2014

My Registration Number: _____

PLEASE AFFIX NOTARIAL SEAL

> Janice H. MacLeod
> Notary Public
> Cabarrus County
> State of North Carolina

2